The Honorable Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIIL KAPRAN,<br><br>Plaintiff,<br>v.<br><br>TODD BLANCHE,[1] *et al*.,<br><br>Defendants. | Case No. 2:26-cv-00933-TL<br><br>STIPULATED MOTION TO STAY AND ~~[PROPOSED]~~ ORDER<br><br>Noted for Consideration:<br>June 2, 2026. |

For good cause, Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings for 90 days. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his Form I-485, Application to Adjust Status.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

[1] Pursuant to Fed. R. Civ. P. 25(d), Federal Respondents substitute Acting U.S. Attorney General Todd Blanche for Pamela Bondi, and Secretary of U.S. Department of Homeland Security Markwayne Mullin for Kristi Noem.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With an additional 90 days, the claims in this litigation may be resolved without the need for further judicial intervention. Once the application at issue is adjudicated, Plaintiff will voluntarily dismiss this case. Accordingly, the parties respectfully request that there is good cause for the instant action be stayed for 90 days. The parties will submit a joint status report on or before the end of this period.

DATED this 2nd day of June, 2026.

Respectfully submitted,

*s/ Kristen R. Vogel*
KRISTEN R. VOGEL, NY No. 5195664
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
Email: kristen.vogel@usdoj.gov

*Attorney for Defendants*

*s/ James Vasquez*
JAMES VASQUEZ, WSBA No. 34514
KESSELMAN LAW FIRM
11232 120th Ave NE #205
Kirkland, WA 98033
Phone: 425-454-1920
Fax: 425-212-1795
Email: james@kesselmanlaw.net

*Attorney for Plaintiff*

I certify that this memorandum contains 210 words, in compliance with the Local Civil Rules.

**~~[PROPOSED]~~ ORDER**

The case is stayed. The parties shall submit a status update within 90 days of this Order.

It is so **ORDERED**.

Dated this 2nd day of June, 2026.

TANA LIN
United States District Judge